UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA
PHOENIX DIVISION

In re: §
 §
MELVIN LEROY ROLES § Case No. 2:10-bk-11566-BKM
SANDRA SUE ROLES §
 §
 §
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID A. BIRDSELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 163,750.00        Assets Exempt: 7,025.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 50,792.37    Claims Discharged
                                               Without Payment: 280,440.76

Total Expenses of Administration: 218,091.38

3) Total gross receipts of $ 374,333.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 105,508.30 (see **Exhibit 2**), yielded net receipts of $ 268,824.84 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 280,499.67 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 218,091.38 | 218,091.38 | 218,091.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,434.35 | 52,581.75 | 52,581.75 | 50,792.37 |
| **TOTAL DISBURSEMENTS** | $ 332,934.02 | $ 270,673.13 | $ 270,673.13 | $ 268,883.75 |

    4) This case was originally filed under chapter 7 on 04/20/2010 . The case was pending for 65 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: __08/12/2015__    By:/s/DAVID A. BIRDSELL, TRUSTEE
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010) *(Page: 2)*

Case 2:10-bk-11566-BKM   Doc 111   Filed 08/20/15   Entered 08/20/15 07:29:00   Desc
Page 2 of 16

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| POTENTIAL PI PROCEEDS | 1242-000 | 374,333.14 |
| **TOTAL GROSS RECEIPTS** | | **$ 374,333.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MELVIN LEROY ROLES and SANDRA SUE ROLES | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 105,508.30 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 105,508.30** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA PO BOX 5170 Simi Valley, CA 93062-5170 | | 85,000.00 | NA | NA | 0.00 |
| | BANK OF AMERICA PO BOX 5170 Simi Valley, CA 93062-5170 | | 174,988.22 | NA | NA | 0.00 |

Case 2:10-bk-11566-BKM    Doc 111    Filed 08/20/15    Entered 08/20/15 07:29:00    Desc
Page 3 of 16

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CHEVERON CREDIT UNION PO BOX 2069 Oakland, CA 94604 | | 20,511.45 | NA | NA | 0.00 |
| | MOUNTAIN VISTA CONDOMINIUM ASS., INC. PO BOX 22051 LAKE BUENA VISTA, FL 32830 | | 0.00 | NA | NA | 0.00 |
| | SCOTTSDALE PINNACLE OWNERS ASSOCIATION PO BOX 22051 LAKE BUENA VISTA, FL 32830 | | 0.00 | NA | NA | 0.00 |
| | THE GRAND VIEW AT LAS VEGAS PO BOX 405947 Atlanta, GA 30384-5947 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 280,499.67** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID A. BIRDSELL | 2100-000 | NA | 16,631.25 | 16,631.25 | 16,631.25 |
| DAVID A. BIRDSELL | 2200-000 | NA | 408.78 | 408.78 | 408.78 |
| Integrity Bank | 2600-000 | NA | 1,285.76 | 1,285.76 | 1,285.76 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MAY POTENZA BARAN & GILLESPIE, P.C. | 3210-000 | NA | 5,432.00 | 5,432.00 | 5,432.00 |
| MAY POTENZA BARAN & GILLESPIE, P.C. | 3220-000 | NA | 65.22 | 65.22 | 65.22 |
| Aylstock, Witkin, Kries & Overholtz, PLLC | 3991-000 | NA | 177,315.70 | 177,315.70 | 177,315.70 |
| Aylstock, Witkin, Kries & Overholtz, PLLC | 3992-000 | NA | 16,692.67 | 16,692.67 | 16,692.67 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 218,091.38 | $ 218,091.38 | $ 218,091.38 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CITIZENS BANK PO BOX 42113 PROVIDENCE, RI 02903-2113 | | 0.00 | NA | NA | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | 2,937.04 | 2,937.04 | 2,937.04 | 2,937.04 |
| 5 | Best Buy Retail Services | 7100-000 | 2,826.57 | 2,826.57 | 2,826.57 | 0.00 |
| 3 | CAPITAL RECOVERY V, LLC | 7100-000 | 2,488.50 | 2,569.41 | 2,569.41 | 2,569.41 |
| 1 | DISCOVER BANK | 7100-000 | 5,990.81 | 5,990.81 | 5,990.81 | 5,990.81 |
| 10 | Chase Bank USA, N.A. | 7200-000 | 14,948.07 | 14,948.07 | 14,948.07 | 14,948.07 |
| 6 | Chase Bank USA, N.A. | 7200-000 | 1,813.48 | 1,813.48 | 1,813.48 | 1,813.48 |
| 7 | Chase Bank USA, N.A. | 7200-000 | 7,911.27 | 7,911.27 | 7,911.27 | 7,911.27 |
| 8 | Chase Bank USA, N.A. | 7200-000 | 2,426.60 | 2,493.09 | 2,493.09 | 2,493.09 |
| 9 | Chase Bank USA, N.A. | 7200-000 | 3,189.07 | 3,189.07 | 3,189.07 | 3,189.07 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Citi Financial | 7200-000 | 3,220.91 | 3,220.91 | 3,220.91 | 3,220.91 |
| 12 | Kohl"s | 7200-000 | 1,685.92 | 1,685.92 | 1,685.92 | 1,685.92 |
| 4 | Bank Of America | 7200-001 | 1,924.35 | 1,924.35 | 1,924.35 | 1,962.19 |
| 13 | Target National Bank | 7200-001 | 1,071.76 | 1,071.76 | 1,071.76 | 1,092.83 |
| | CAPITAL RECOVERY V, LLC | 7990-000 | NA | NA | NA | 50.52 |
| | Citi Financial | 7990-000 | NA | NA | NA | 63.33 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 117.79 |
| | FSB American Express Bank | 7990-000 | NA | NA | NA | 57.75 |
| | Kohl"s | 7990-000 | NA | NA | NA | 33.15 |
| | N. A. Chase Bank USA | 7990-000 | NA | NA | NA | 596.83 |
| | Bank Of America | 7990-001 | NA | NA | NA | 37.84 |
| | Target National Bank | 7990-001 | NA | NA | NA | 21.07 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 52,434.35 | $ 52,581.75 | $ 52,581.75 | $ 50,792.37 |

Case 2:10-bk-11566-BKM   Doc 111   Filed 08/20/15   Entered 08/20/15 07:29:00   Desc
Page 7 of 16

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 10-11566 | BKM | Judge: | Brenda K. Martin | Trustee Name: | DAVID A. BIRDSELL, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | MELVIN LEROY ROLES | | | | Date Filed (f) or Converted (c): | 04/20/2010 (f) |
| | SANDRA SUE ROLES | | | | 341(a) Meeting Date: | 05/27/2010 |
| For Period Ending: | 08/17/2015 | | | | Claims Bar Date: | 01/30/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 13815 W LUKE AVE. LITCHFIELD PARK, AZ. | 147,000.00 | 0.00 | OA | 0.00 | FA |
| 2. TIMESHARE - SHERATON MOUNTAIN VISTA BEAVER CREEK | Unknown | Unknown | | 0.00 | FA |
| 3. TIMESHARE - SHERATON DESERT OASIS | Unknown | Unknown | | 0.00 | FA |
| 4. TIMESHARE - GRAND VIEW AT LAS VEGAS | Unknown | Unknown | | 0.00 | FA |
| 5. CASH IN BANKS | 200.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLDS | 2,500.00 | 0.00 | | 0.00 | FA |
| 7. APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 400.00 | 0.00 | | 0.00 | FA |
| 9. 2007 CHEVY TAHOE | 16,750.00 | 0.00 | | 0.00 | FA |
| 10. 1999 FORD | 3,625.00 | 0.00 | | 0.00 | FA |
| 11. PETS | 0.00 | 0.00 | | 0.00 | FA |
| 12. POTENTIAL PI PROCEEDS (u) | 0.00 | 300,000.00 | | 374,333.14 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $170,775.00 | $300,000.00 | | $374,333.14 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

| | | | |
|---|---|---|---|
| RE PROP # | 1 | -- | ABANDONMENT FILED |
| RE PROP # | 2 | -- | RESEARCHED TIMESHARE - NO VALUE FOR THE ESTATE |
| RE PROP # | 3 | -- | RESEARCHED TIMESHARE - NO VALUE FOR THE ESTATE |
| RE PROP # | 4 | -- | RESEARCHED TIMESHARE - NO VALUE FOR THE ESTATE |

Initial Projected Date of Final Report (TFR): 06/30/2015     Current Projected Date of Final Report (TFR): 09/29/2014

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-11566 | Trustee Name: DAVID A. BIRDSELL, TRUSTEE |
| Case Name: MELVIN LEROY ROLES / SANDRA SUE ROLES | Bank Name: Bank of Kansas City |
| | Account Number/CD#: XXXXXX0317 |
| | Checking Account |
| Taxpayer ID No: XX-XXX6102 | Blanket Bond (per case limit): $80,699,577.00 |
| For Period Ending: 08/17/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/17/14 | | Transfer from Acct XXXXXX1566 | Transfer of funds | 9999-000 | $373,047.38 | | $373,047.38 |
| 01/15/15 | 1001 | DAVID A. BIRDSELL<br>216 N. CENTER<br>MESA, AZ. 85201 | Distribution | | | $17,040.03 | $356,007.35 |
| | | DAVID A. BIRDSELL | Final distribution representing a payment of 100.00 % per court order. ($16,631.25) | 2100-000 | | | |
| | | DAVID A. BIRDSELL | Final distribution representing a payment of 100.00 % per court order. ($408.78) | 2200-000 | | | |
| 01/15/15 | 1002 | CLERK OF THE US BANKRUPTCY COURT<br>230 N. 1ST AVENUE<br>SUITE 101<br>PHOENIX, AZ 85003-1727 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $260.00 | $355,747.35 |
| 01/15/15 | 1003 | P. C. MAY POTENZA BARAN & GILLESPIE<br>201 NORTH CENTRAL AVE.<br>CHASE TOWER, 22ND FLOOR<br>PHOENIX, ARIZONA 85004-0608 | Distribution | | | $5,497.22 | $350,250.13 |
| | | P. C. MAY POTENZA BARAN & GILLESPIE | Final distribution representing a payment of 100.00 % per court order. ($5,432.00) | 3210-000 | | | |
| | | P. C. MAY POTENZA BARAN & GILLESPIE | Final distribution representing a payment of 100.00 % per court order. ($65.22) | 3220-000 | | | |
| 01/15/15 | 1004 | PLLC Aylstock Witkin Kries & Overholtz<br>1202 East Gonzalez Street<br>Pensacola, Florida 32501 | Distribution | | | $194,008.37 | $156,241.76 |
| | | PLLC Aylstock Witkin Kries & Overholtz | Final distribution representing a payment of 100.00 % per court order. ($177,315.70) | 3991-000 | | | |
| | | PLLC Aylstock Witkin Kries & Overholtz | Final distribution representing a payment of 100.00 % per court order. ($16,361.05) | 3992-000 | | | |

Page Subtotals: $373,047.38 $216,805.62

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-11566
Case Name: MELVIN LEROY ROLES
SANDRA SUE ROLES
Taxpayer ID No: XX-XXX6102
For Period Ending: 08/17/2015

Trustee Name: DAVID A. BIRDSELL, TRUSTEE
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0317
Checking Account
Blanket Bond (per case limit): $80,699,577.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description of Transaction | | 4 Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|---|
| | | PLLC Aylstock Witkin Kries & Overholtz | Final distribution representing a payment of 100.00 % per court order. | ($331.62) | 3992-000 | | | |
| 01/15/15 | 1005 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | | $6,108.60 | $150,133.16 |
| | | | | ($117.79) | 7990-000 | | | |
| | | DISCOVER BANK | Final distribution to claim 1 representing a payment of 100.00 % per court order. | ($5,990.81) | 7100-000 | | | |
| 01/15/15 | 1006 | FSB American Express Bank<br>C O Becket And Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | | $2,994.79 | $147,138.37 |
| | | | | ($57.75) | 7990-000 | | | |
| | | FSB American Express Bank | Final distribution to claim 2 representing a payment of 100.00 % per court order. | ($2,937.04) | 7100-000 | | | |
| 01/15/15 | 1007 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 | Final distribution to claim 3 representing a payment of 100.00 % per court order. | | | | $2,619.93 | $144,518.44 |
| | | | | ($50.52) | 7990-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 3 representing a payment of 100.00 % per court order. | ($2,569.41) | 7100-000 | | | |
| 01/15/15 | 1008 | Bank Of America<br>Po Box 301200<br>Los Angeles Ca 90030-1200 | Final distribution to claim 4 representing a payment of 100.00 % per court order. | | | | $1,962.19 | $142,556.25 |
| | | | | ($37.84) | 7990-000 | | | |
| | | Bank Of America | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($1,924.35) | 7200-001 | | | |

Page Subtotals $0.00 $13,685.51

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-11566 | Trustee Name: | DAVID A. BIRDSELL, TRUSTEE |
|---|---|---|---|
| Case Name: | MELVIN LEROY ROLES | Bank Name: | Bank of Kansas City |
| | SANDRA SUE ROLES | Account Number/CD#: | XXXXXX0317 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $80,699,577.00 |
| For Period Ending: | 08/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/15 | 1009 | N. A. Chase Bank USA<br>P.O. Box 15145<br>Wilmington, DE 19850-5145 | Distribution | | | $30,951.81 | $111,604.44 |
| | | | ($596.83) | 7990-000 | | | |
| | | N. A. Chase Bank USA | Final distribution to claim 6 representing a payment of 100.00 % per court order. ($1,813.48) | 7200-000 | | | |
| | | N. A. Chase Bank USA | Final distribution to claim 7 representing a payment of 100.00 % per court order. ($7,911.27) | 7200-000 | | | |
| | | N. A. Chase Bank USA | Final distribution to claim 8 representing a payment of 100.00 % per court order. ($2,493.09) | 7200-000 | | | |
| | | N. A. Chase Bank USA | Final distribution to claim 9 representing a payment of 100.00 % per court order. ($3,189.07) | 7200-000 | | | |
| | | N. A. Chase Bank USA | Final distribution to claim 10 representing a payment of 100.00 % per court order. ($14,948.07) | 7200-000 | | | |
| 01/15/15 | 1010 | Citi Financial<br>605 Munn Rd.<br>Fort Mill Sc 29715 | Final distribution to claim 11 representing a payment of 100.00 % per court order. | | | $3,284.24 | $108,320.20 |
| | | | ($63.33) | 7990-000 | | | |
| | | Citi Financial | Final distribution to claim 11 representing a payment of 100.00 % per court order. ($3,220.91) | 7200-000 | | | |
| 01/15/15 | 1011 | Kohl"s<br>Po Box 2983<br>Milwaukee Wi 53201-2983 | Final distribution to claim 12 representing a payment of 100.00 % per court order. | | | $1,719.07 | $106,601.13 |
| | | | ($33.15) | 7990-000 | | | |
| | | Kohl"s | Final distribution to claim 12 representing a payment of 100.00 % per court order. ($1,685.92) | 7200-000 | | | |

Page Subtotals $0.00 $35,955.12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-11566
Case Name: MELVIN LEROY ROLES
SANDRA SUE ROLES
Trustee Name: DAVID A. BIRDSELL, TRUSTEE
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0317
Checking Account

Taxpayer ID No: XX-XXX6102
For Period Ending: 08/17/2015
Blanket Bond (per case limit): $80,699,577.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/15/15 | 1012 | Target National Bank<br>Po Box 59317<br>Minneapolis Mn 55459-0317 | Final distribution to claim 13 representing a payment of 100.00 % per court order. | | | $1,092.83 | $105,508.30 |
| | | | ($21.07) | 7990-000 | | | |
| | | Target National Bank | Final distribution to claim 13 representing a payment of 100.00 % per court order. ($1,071.76) | 7200-001 | | | |
| 01/15/15 | 1013 | MELVIN LEROY ROLES and SANDRA SUE ROLES | Distribution of surplus funds to debtor. | 8200-002 | | $105,508.30 | $0.00 |
| 04/28/15 | 1008 | Bank Of America<br>Po Box 301200<br>Los Angeles Ca 90030-1200 | Final distribution to claim 4 representing a payment of 100.00 % per court order. Reversal RETURNED TO TRUSTEE'S OFFICE BY USPS AS UNDELIVERABLE | | | ($1,962.19) | $1,962.19 |
| | | | $37.84 | 7990-000 | | | |
| | | Bank Of America | Final distribution to claim 4 representing a payment of 100.00 % per court order. $1,924.35 | 7200-001 | | | |
| 04/28/15 | 1012 | Target National Bank<br>Po Box 59317<br>Minneapolis Mn 55459-0317 | Final distribution to claim 13 representing a payment of 100.00 % per court order. Reversal RETURNED TO TRUSTEE'S OFFICE BY USPS AS UNDELIVERABLE | | | ($1,092.83) | $3,055.02 |
| | | | $21.07 | 7990-000 | | | |
| | | Target National Bank | Final distribution to claim 13 representing a payment of 100.00 % per court order. $1,071.76 | 7200-001 | | | |
| 04/28/15 | 1014 | Clerk, U.S. Bankruptcy Court | Remit To Court | | | $3,055.02 | $0.00 |

Page Subtotals: $0.00 $106,601.13

UST Form 101-7-TDR (10/1/2010) (Page: 13)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-11566 | Trustee Name: | DAVID A. BIRDSELL, TRUSTEE |
| Case Name: | MELVIN LEROY ROLES | Bank Name: | Bank of Kansas City |
| | SANDRA SUE ROLES | Account Number/CD#: | XXXXXX0317 |
| | | | Checking Account |
| Taxpayer ID No: | XX-XXX6102 | Blanket Bond (per case limit): | $80,699,577.00 |
| For Period Ending: | 08/17/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Target National Bank | Final distribution to claim 13 representing a payment of 100.00 % per court order. | ($1,071.76) | 7200-001 | | |
| | | Target National Bank | Final distribution to claim 13 representing a payment of 100.00 % per court order. | ($21.07) | 7990-001 | | |
| | | Bank Of America | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($1,924.35) | 7200-001 | | |
| | | Bank Of America | Final distribution to claim 4 representing a payment of 100.00 % per court order. | ($37.84) | 7990-001 | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $373,047.38 | $373,047.38 |
| Less: Bank Transfers/CD's | $373,047.38 | $0.00 |
| Subtotal | $0.00 | $373,047.38 |
| Less: Payments to Debtors | $0.00 | $105,508.30 |
| Net | $0.00 | $267,539.08 |

Page Subtotals: $0.00  $0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-11566
Case Name: MELVIN LEROY ROLES
SANDRA SUE ROLES
Taxpayer ID No: XX-XXX6102
For Period Ending: 08/17/2015

Trustee Name: DAVID A. BIRDSELL, TRUSTEE
Bank Name: INTEGRITY BANK
Account Number/CD#: XXXXXX1566
Checking Account
Blanket Bond (per case limit): $80,699,577.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/14 | 12 | FLORIDA IOTA TRUST | PI PROCEEDS | 1242-000 | $374,333.14 | | $374,333.14 |
| 07/31/14 | | Integrity Bank 4040 Washington Ave.Houston, TX 77007 | Bank Service Fee | 2600-000 | | $502.77 | $373,830.37 |
| 08/29/14 | | Integrity Bank 4040 Washington Ave.Houston, TX 77007 | Bank Service Fee | 2600-000 | | $512.92 | $373,317.45 |
| 09/15/14 | | Integrity Bank | BANK SERVICE FEE | 2600-000 | | $270.07 | $373,047.38 |
| 09/17/14 | | Transfer to Acct XXXXXX0317 | Transfer of funds | 9999-000 | | $373,047.38 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $374,333.14 | $374,333.14 |
| Less: Bank Transfers/CD's | $0.00 | $373,047.38 |
| Subtotal | $374,333.14 | $1,285.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $374,333.14 | $1,285.76 |

Page Subtotals: $374,333.14 $374,333.14

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0317 - Checking Account | $0.00 | $267,539.08 | $0.00 |
| XXXXXX1566 - Checking Account | $374,333.14 | $1,285.76 | $0.00 |
|  | $374,333.14 | $268,824.84 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $374,333.14 |
| Total Gross Receipts: | $374,333.14 |

Page Subtotals: $0.00 $0.00